UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Filed with the Classified Information Security Officer
CISO _____
Date 12/22/2023

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 22-161 (JDB) |
| JOLY GERMINE, | |
| Defendant. | |
| UNITED STATES OF AMERICA, | |
| v. | Criminal Action No. 22-246 (JDB) |
| JEAN PELICE, | |
| Defendant. | |

**MEMORANDUM OPINION & ORDER**